**Agrifina C. BARO, Claimant–Appellant,**

**v.**

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7064.

United States Court of Appeals, Federal Circuit.

June 13, 2006.

Agrifina C. Baro, pro se.

*ORDER*

DYK, Circuit Judge.

Agrifina C. Baro moves to vacate the court's April 11, 2006 order dismissing Baro's appeal for failure to file a brief.

We note that Baro has now submitted her informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The court's April 11, 2006 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

(2) The Secretary of Veterans Affairs' brief is due within 21 days of the date of filing of this order.

(1) The motion is granted.

(2) All sides shall bear their own costs.